No. 03–9709. BRAGGS *v.* PEREZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–9727. WITCHER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–1050. GREEN LEAF NURSERY, INC., ET AL. *v.* E. I. DU PONT DE NEMOURS & CO. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–1108. DAKOTA RURAL ACTION ET AL. *v.* SOUTH DAKOTA FARM BUREAU, INC., ET AL.; and
No. 03–1111. NELSON, SECRETARY OF STATE OF SOUTH DAKOTA, ET AL. *v.* SOUTH DAKOTA FARM BUREAU, INC., ET AL. C. A. 8th Cir. Motion of National Farmers Union et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 03–1235. ARIZONA *v.* DAVIS. Sup. Ct. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–1252. DICK CORP. ET AL. *v.* MELLON BANK, N. A. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–1307. MITCHELL, WARDEN *v.* VAN LYNN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–9432. ROBINSON *v.* MONTANA. Sup. Ct. Mont. Motion of National Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 03–830. BUSH *v.* ZEELAND BOARD OF EDUCATION ET AL., 540 U. S. 1150;
No. 03–921. KOUKIOS *v.* MICHAEL GANSON, L. P. A., ET AL., 540 U. S. 1219;

No. 03–7453. SOTO *v.* BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, 540 U. S. 1126;

No. 03–7778. HILL *v.* GWINNETT COUNTY TRAFFIC COURT, 540 U. S. 1189;

No. 03–8145. SIMMONS *v.* CASPARI, ASSISTANT DIRECTOR, MISSOURI BOARD OF PROBATION AND PAROLE, *ante*, p. 906;

No. 03–8186. MCCARRON *v.* BRITISH TELECOM, DBA YELLOW BOOK USA, ET AL., 540 U. S. 1202;

No. 03–8198. COOMBS *v.* KELCHNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CAMP HILL, ET AL., *ante*, p. 907;

No. 03–8211. BELL *v.* HALL, WARDEN, *ante*, p. 907;

No. 03–8406. SULLIVAN *v.* ENVIRONMENTAL PROTECTION AGENCY, *ante*, p. 909;

No. 03–8439. LAWSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 540 U. S. 1208; and

No. 03–8509. WIGGINS, AKA CARRUTH *v.* NORTH CAROLINA, *ante*, p. 910. Petitions for rehearing denied.

No. 03–886. SMITH *v.* BANK OF AMERICA MORTGAGE, FSB, 540 U. S. 1213. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

MAY 7, 2004

No. 03–9610. STIGLITZ *v.* WISCONSIN. Ct. App. Wis. Certiorari dismissed under this Court's Rule 46.

MAY 13, 2004

No. 03–10348 (03A873). PATTERSON *v.* TEXAS. 3d Jud. Dist. Ct. Tex., Anderson County. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

MAY 14, 2004

No. 03A936. LARGESS ET AL. *v.* SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS ET AL. Application for in-